# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2795
LT Case No. 09-2022-DR-638

_____

JERRY ALBERT MOORE,

    Appellant,

    v.

ELIZABETH ELLEN MOORE,

    Appellee.

_____

Nonfinal appeal from the Circuit Court for Citrus County.
Kristie Marie Healis, Judge.

Stacie L. Corbett, of Sparrow & Fairchild, Attorneys At Law,
Ocala, for Appellant.

J. Michael Blackstone, of J. Michael Blackstone, P.A., Crystal
River, for Appellee.

June 16, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____